UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HYOBOG BANG, RYEON S. BALESTRIERI, HWA SHIN and LIANHUA LI,<br><br>Plaintiffs,<br><br>-against-<br><br>DOROTHY ROMERO,<br><br>Defendant. | Civil Action No.:<br>1:23-cv-00902-NGG-RER<br><br>**VOLUNTARY DISMISSAL OF COMPLAINT**<br><br>Civil Action |

The plaintiffs hereby voluntarily dismiss the action with prejudice as against all defendant(s) and without costs in favor or against any party.

B HAHM LAW P.C.

By: /s/ *Benjamin Hahm*
Benjamin Hahm
Attorneys for Plaintiffs

**So, Ordered.**

s/Nicholas G. Garaufis
**Hon. Nicholas G. Garaufis**
**Date:** 4/14/23